1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12

PACIFIC MARINE CENTER, INC., a
California corporation, and SONA
VARTANIAN, an individual,

13

Plaintiffs,

14

v.

15
16
17

PHILADELPHIA INDEMNITY
INSURANCE COMPANY, a
Pennsylvania corporation, and DOES
1 through 10, inclusive,

18

Defendants.

Case No. 1:13-CV-00992-AWI-SKO

**STIPULATION AND ORDER RE
DISCOVERY CUT-OFF AND
AMENDMENT OF SCHEDULING
ORDER**

19
20

WHEREAS, Defendant Philadelphia Indemnity Insurance Company

21

("Defendant") requested that the discovery cutoff and other deadline dates set forth

22

in the case Scheduling Order be continued in order to allow Defendant to obtain

23

comprehensive document production prior to taking depositions and because of

24

discovery time lost due to a medical condition of Defendant's counsel;

25

WHEREAS, following an informal mid-discovery status conference on

26

September 23, 2014, in which the parties, Plaintiffs Pacific Marine Center, Inc. and

27

Sona Vartanian ("Plaintiffs") and Defendant, appeared by and through their counsel

28

of record before the Honorable Sheila K. Oberto, United States Magistrate Judge,

the parties were directed to meet and confer to determine whether they could stipulate to an extension of the scheduling dates in this matter;

WHEREAS, after meeting and conferring, the counsel for Plaintiffs graciously agreed to a four month extension of the scheduling dates;

NOW, THEREFORE, it is hereby stipulated by Plaintiffs and Defendant, by and through their respective counsel of record, as follows:

1.      The various deadline, pre-trial and trial dates currently set shall be continued four months to the following dates, or such other dates in reasonable proximity thereto convenient to the Court's schedule, as follows:

Non Expert Discovery cutoff:  April 13, 2015.

Expert Disclosure:  April 10, 2015.

Supplemental Expert Disclosure:  April 24, 2015.

Expert Discovery cutoff:  May 20, 2015.

Settlement Conference:  May 14, 2015, at 10:00 a.m., Courtroom 9.

Non Dispositive Motions:

Filing:  May 28, 2015.

Hearing:  June 25, 2015.

Dispositive Motions:

Filing:  May 28, 2015.

Hearing:  July 2, 2015.

Pre-Trial Conference:  August 10, 2015, at 8:30 a.m., Courtroom 2.

Trial:  September 15, 2015, at 8:30 a.m., Courtroom 2.

2.      The Case Scheduling Order, dated November 26, 2013, shall be amended to reflect the new dates.

1    IT IS SO STIPULATED.

2

3    DATED:  September 29, 2014        CHARLSTON, REVICH & WOLLITZ LLP
4                                      BRUCE T. SMYTH

5

6                                      By:___/s/Bruce T. Smyth_____
7                                            Bruce T. Smyth
                                       Attorneys for Defendant,
8                                      Philadelphia Indemnity Insurance Company

9

10   DATED:  September 29, 2014        THE REICH LAW FIRM
11                                     JEFF REICH

12

13                                     By: /s/  Jeff Reich
                                             Jeff Reich
14                                     Attorneys for Plaintiffs,
15                                     Pacific Marine Center, Inc. and Sona
                                       Vartanian
16                                     A copy of this page signed by Mr. Reich is
17                                     attached on the next page.

18

19                                     **<u>ORDER</u>**

20

21       Pursuant to the parties' stipulation and for good cause, the schedule is

22   modified as set forth below.  The parties' proposed filing and hearing deadlines for

23   dispositive and non-dispositive motions have been adjusted slightly to

24   accommodate Judge Ishii and Judge Oberto's law and motion schedule:

25       Non Expert Discovery cutoff:        April 13, 2015

26       Expert Disclosure:                  April 10, 2015

27       Supplemental Expert Disclosure:     April 24, 2015

28       Expert Discovery cutoff:            May 20, 2015

| | |
|---|---|
| Settlement Conference: | May 14, 2015, 10:00 a.m., Ctrm 9 |
| Non Dispositive Motion Filing: | May 27, 2015 |
| Non Dispositive Motion Hearing: | June 24, 2015 |
| Dispositive Motion Filing: | May 27, 2015 |
| Dispositive Motion Hearing: | July 6, 2015 |
| Pre-Trial Conference: | August 10, 2015, 8:30 a.m., Ctrm 2 |
| Trial: | September 15, 2015, 8:30 a.m., Ctrm 2 |

IT IS SO ORDERED.

Dated:   **October 2, 2014**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE DISCOVERY CUT-OFF AND AMENDING SCHEDULING ORDER