1  Bruce T. Smyth- State Bar No. 89171
   **CHARLSTON, REVICH & WOLLITZ LLP**
2  1925 Century Park East, Suite 1250
   Los Angeles, California 90067-2746
3  Tel:  (310) 551-7055 • Fax:  (310) 203-9321

4  Attorneys for Defendant,
   Philadelphia Indemnity Insurance Company

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 PACIFIC MARINE CENTER, INC., a        Case No. 1:13-CV-00992-AWI-SKO
   California corporation, and SONA
12 VARTANIAN, an individual,
                                         **STIPULATION AND**
13          Plaintiffs,                  **[PROPOSED] ORDER RE**
                                         **DISCOVERY CUT-OFF AND**
14     v.                                **AMENDMENT OF SCHEDULING**
                                         **ORDER**
15 PHILADELPHIA INDEMNITY
   INSURANCE COMPANY, a
16 Pennsylvania corporation, and DOES
   1 through 10, inclusive,
17
            Defendants.
18

19

20         WHEREAS, that the parties through their counsel have mutually agreed to

21 request that the discovery cutoff and other deadline dates set forth in the case

22 original Scheduling Order and Order Amending Scheduling Order be continued in

23 order to allow additional time for completing depositions and other discovery,

24 while accommodating the respective schedules of counsel;

25         WHEREAS, the parties have met and conferred regarding discovery and will

26 meet further regarding the respective schedules of counsel in this matter, because

27 the parties would like to provide for more time to allow the necessary remaining

28

discovery to be conducted while accommodating the schedules of counsel. The continuance of discovery cut-off dates would allow this to be accomplished. The parties believe that such extension is advantageous to both parties and allows for the best use of time and resources.

WHEREAS, after meeting and conferring, the counsel have agreed to approximate three month extensions of the scheduling dates;

NOW, THEREFORE, it is hereby stipulated by Plaintiffs and Defendant, by and through their respective counsel of record, as follows:

1. The various deadlines for discovery and pre-trial and trial dates currently set shall be continued for some three months to the following dates, or such other dates in reasonable proximity thereto convenient to the Court's schedule, as follows:

Non Expert Discovery cutoff: September 15, 2015.

Expert Disclosure: September 11, 2015.

Supplemental Expert Disclosure: September 25, 2015.

Expert Discovery cutoff: October 30, 2015.

Settlement Conference: June 30, 2015, at 10:00 a.m., Courtroom 8.

Non Dispositive Motions:

Filing: October 27, 2015.

Hearing: November 30, 2015.

Dispositive Motions:

Filing: October 27, 2015

Hearing: December 15, 2015.

Pre-Trial Conference: January 25, 2016, at 8:30 a.m., Courtroom 2.

Trial: March 21, 2016, at 8:30 a.m., Courtroom 2.

2. The Case Scheduling Order, dated November 26, 2013, the Order Re Discovery Cut-Off and Amending Scheduling Order, signed October 2, 2015, and

the Order re Discovery Cut-Off and Amendment of Scheduling Order, signed March 9, 2015, shall be amended to reflect the new dates.

Dated:  April 27, 2015                    THE REICH LAW FIRM

                                          By:  /s/ Jeff Reich_____
                                               Jeff Reich
                                               Attorneys for Plaintiffs

Dated:  April 27, 2015                    CHARLSTON, REVICH & WOLLITZ LLP

                                          By:  /s/ Bruce T. Smyth_____
                                               Bruce T. Smyth
                                               Attorneys for Defendant

STIPULATION AND ORDER RE DISCOVERY CUT-OFF AND AMENDING SCHEDULING ORDER

ORDER

Based on the parties' foregoing stipulation and the supplemental statement filed on May 5, 2015, the Court modifies the Scheduling Order dated November 26, 2013.

Accordingly, discovery deadlines and motion filing deadlines are continued as follows:[1]

        Non Expert Discovery cutoff:  September 15, 2015

        Expert Disclosure:  September 11, 2015

        Supplemental Expert Disclosure:  September 25, 2015

        Expert Discovery cutoff:  October 30, 2015

        Settlement Conference:  June 30, 2015, at 10:00 a.m., Courtroom 8

        Non Dispositive Motions:

            Filing:  October 27, 2015

            Hearing:  November 25, 2015

        Dispositive Motions:

            Filing:  October 27, 2015

            Hearing:  December 14, 2015

        Pre-Trial Conference:  January 27, 2016, at 8:30 a.m., Courtroom 2

        Trial:  March 22, 2016, at 8:30 a.m., Courtroom 2

IT IS SO ORDERED.

Dated:   **May 7, 2015**                           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

---

[1] Some of the proposed dates were modified slightly to conform with the Court's calendars.

4