Bruce T. Smyth- State Bar No. 89171
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Tel:  (310) 551-7055 • Fax:  (310) 203-9321

Attorneys for Defendant,
Philadelphia Indemnity Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., a California corporation, and SONA VARTANIAN, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 1:13-CV-00992-AWI-SKO<br><br>Settlement Conference Judge:<br><br>Hon. Barbara A. McAuliffe, United States Magistrate Judge<br><br>**STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** |

   WHEREAS, Plaintiffs Pacific Marine Center, Inc. and Sona Vartanian and Defendant Philadelphia Indemnity Insurance Company (collectively, the "Parties"), through their respective counsel have mutually agreed that a settlement conference at the currently scheduled date of June 30, 2015 before the Honorable Barbara A. McAuliffe, United States Magistrate Judge, would not be productive at this point, but desire to conduct more discovery and determine if the Parties change their respective settlement positions, and to participate in such a conference at a later date, approximately two months from the currently scheduled date;

NOW, THEREFORE, it is hereby stipulated by the Parties, by and through their respective counsel of record, as follows:

1. The currently scheduled settlement conference, set for 10:00 A.M. on June 30, 2015, in Courtroom 8, by Order dated May 8, 2015, before the Hon. Barbara A. McAuliffe, United States Magistrate Judge, be vacated and taken off calendar;

2. That the Court schedule a new settlement conference at a date approximately two months from the currently scheduled date.

Dated: June 17, 2015			THE REICH LAW FIRM


					By:   /s/Jeff Reich
					        Jeff Reich
					        Attorneys for Plaintiffs Pacific Marine
					        Center, Inc. and Sona Vartanian



Dated: June 17, 2015			CHARLSTON, REVICH & WOLLITZ LLP


					By:   /s/Bruce T. Smyth
					        Bruce T. Smyth
					        Attorneys for Defendant Philadelphia
					        Indemnity Insurance Company

## ORDER

Based on the parties' foregoing stipulation, the Court vacates the Settlement Conference set for June 30, 2015 at 10:00 a.m. in Courtroom 8, by Order dated May 8, 2015, and sets a new settlement conference date of **August 26, 2015, at 9:30 a.m.** in Courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **June 18, 2015**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE