Bruce T. Smyth- State Bar No. 89171
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Tel:  (310) 551-7055 • Fax:  (310) 203-9321

Attorneys for Defendant,
Philadelphia Indemnity Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., a California corporation, and SONA VARTANIAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00992-AWI-SKO<br><br>**STIPULATION AND ORDER RE DISCOVERY CUT-OFF AND AMENDMENT OF SCHEDULING ORDER** |

WHEREAS, Defendant Philadelphia Indemnity Insurance Company ("Philadelphia") and Plaintiffs Sona Vartanian and Pacific Marine Center, Inc. ("Plaintiffs") have completed or will complete almost all of the deposition and document discovery in this matter by the current discovery cut-off of October 15, 2015;

WHEREAS, Plaintiffs just identified two witnesses not previously listed in interrogatory responses whose depositions Philadelphia would like to take along with production of documents, one of whom Plaintiffs have stated that they intend to waive the attorney-client privilege;

WHEREAS, the current schedule of disclosure of expert testimony allows only four days from the date of the initial disclosure for the parties to provide supplemental disclosure of experts based upon the initial disclosure and Plaintiffs and Philadelphia would like more time to obtain and designate supplemental experts based upon the initial disclosure of experts of the opposing party;

WHEREAS, Plaintiffs and Philadelphia desire to extend the time for non-expert discovery and to continue the dates of the deadlines for disclosure of experts, dispositive and non-dispositive motions;

NOW, THEREFORE, it is hereby stipulated by and between Plaintiffs and Philadelphia, by and through their respective counsel of record, as follows:

1. The deadline for non-expert discovery shall be extended from October 15, 2015 to October 30, 2015;

2. The deadline for disclosure of expert witnesses shall be extended from October 26, 2015 to November 13, 2015;

3. The deadline for supplemental disclosure of expert witnesses shall be continued from October 30, 2015 to November 30, 2015;

4. The deadline for the expert discovery cut-off shall be moved from November 13, 2015 to December 18, 2015;

5. The deadline for filing non-dispositive motions shall be extended from November 16, 2015 to December 16, 2015, with a hearing date of January 19, 2016;

6. The deadline for dispositive motions shall be extended from November 15, 2015 to December 16, 2015, with a hearing date of January 19, 2016;

7. The pre-trial conference shall be continued from January 27, 2016 to February 10, 2016, or such other date as is convenient on the Court's schedule;

8. Trial shall be set at the currently scheduled date of March 22, 2016 or, pursuant to the preference of the parties, some date in April or May, 2016 convenient to the Court's schedule.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September __, 2015 | THE REICH LAW FIRM |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Jeff Reich |
| | | Attorneys for Plaintiffs Pacific Marine |
| 6 | | Center, Inc. and Sona Vartanian |
| 7 | | |
| 8 | | |
| 9 | Dated: September __, 2015 | CHARLSTON, REVICH & WOLLITZ LLP |
| 10 | | By:  /s/ Bruce T. Smyth |
| 11 | | Bruce T. Smyth |
| | | Attorneys for Defendant Philadelphia |
| 12 | | Indemnity Insurance Company |

# ORDER

As a preliminary matter, the Court notes that this is the parties' fourth stipulation and request to reset the trial date. (Docs. 16; 32; 39; 44. *See also* Docs. 9; 17; 33; 40; 45.) To move this case to trial before the Honorable Anthony W. Ishii, the non-dispositive and dispositive motion deadlines, pre-trial conference, and trial dates shall remain as set in the Court's May 8, 2015, scheduling order. (Doc. 40.) Based on the parties' stipulation, however, the Court will modify the July 30, 2015, scheduling order to grant the parties an extension of time to complete expert discovery, and to file dispositive and non-dispositive motions.

Accordingly, discovery deadlines and motion filing deadlines are set as follows:

    Non Expert Discovery Cutoff:  **October 26, 2015**.

    Expert Disclosure:  **October 30, 2015**.

    Supplemental Expert Disclosure:  **November 5, 2015**.

    Expert Discovery cutoff:  **November 12, 2015**.

    Non Dispositive Motions:

        Filing:  **November 16, 2015**.

        Hearing:  **December 16, 2015**.

    Dispositive Motions:

        Filing:  **November 16, 2015**.

        Hearing:  **December 21, 2015**.

    Pre-Trial Conference:  **January 27, 2016, at 10:00 a.m., Ctrm. 2**.

    Trial:  **March 22, 2016, at 8:30 a.m., in Ctrm. 2**.

IT IS SO ORDERED.

Dated:   **October 6, 2015**                              /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE