# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., A California Corporation, and SONA VARTANIAN, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvanian Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No.  1:13-cv-00992-AWI-SKO<br><br>**ORDER DENYING PARTIES' STIPULATED REQUEST TO MODIFY THE PRETRIAL SCHEDULING DEADLINES**<br><br>(Doc. No. 59) |

On November 13, 2015, the parties filed their 6th stipulation and request for a schedule modification -- less than one month after their most recent request to modify the schedule.  (Doc. 59.)

The parties indicate they "are having substantial difficulty in scheduling depositions of [expert] witnesses in part because of the Thanksgiving vacation period and have agreed to seek the extensions . . . . "  (Doc. 59.)  The most recent request for a schedule modification was made on October 21, 2015, when the parties specifically requested an expert discovery cutoff of December 3, 2015.  They now state this schedule is apparently unworkable because of the upcoming holidays.

This latest request for additional time to complete expert discovery is not supported by good cause, and appears to be the product of a routine scheduling conflict that could have been foreseen.  The parties may stipulate among themselves to conduct discovery outside the deadlines, should they be so inclined, but the Court will not extend the scheduling deadlines to accommodate the parties' lack of planning.  *Johnson v. Mammoth Rec., Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("carelessness is not compatible with a finding of diligence and offers no reason for a grant of relief" to modify the pretrial schedule).  As such, this request is denied.

IT IS SO ORDERED.

Dated:   **November 16, 2015**                     **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE