# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., A California Corporation, and SONA VARTANIAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvanian Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | Case No. 1:13-cv-00992-AWI-SKO<br><br>**ORDER GRANTING PARTIES' RENEWED REQUESTS TO MODIFY THE PRETRIAL SCHEDULING DEADLINES**<br><br>(Doc. Nos. 61, 62, 64) |

On November 13, 2015, the parties filed a sixth request for a schedule modification, which the Court denied on November 16, 2015, citing a lack of good case.

On November 19, 2015, the parties each filed renewed requests for a schedule modification, explaining in more detail why they required extensions of the expert discovery

deadlines. The Court ordered the parties to file a supplemental brief setting forth their agreed-upon expert witness deposition schedule, which the parties did on November 25, 2015. (Doc. 64.)

Having reviewed the parties' proposed schedule modification and their agreed-upon expert witness deposition schedule, the Court notes the parties initially requested that expert discovery be extended until January 11, 2015. (Doc. 61.) Having reviewed the parties' proposed expert witness deposition schedule (Doc. 64), however, the parties have rebuttal expert witness depositions tentatively set for the week of January 11 through January 15, 2016. The expert discovery deadline shall be extended to accommodate the proposed expert witness deposition schedule. The schedule shall be modified as follows:

| **Event** | **Deadline** |
| --- | --- |
| Supplemental Expert Disclosure | December 10, 2015 |
| Expert Discovery | January 15, 2016 |
| Non-dispositive motion filing | January 25, 2016 |
| Non-dispositive motion hearing | February 24, 2016 |
| Dispositive motion filing | January 25, 2016 |
| Dispositive motion hearing | February 29, 2016 |

The Pre-Trial Conference remains set for August 8, 2016, and the Trial remains set for October 18, 2016.

IT IS SO ORDERED.

Dated:   **November 30, 2015**                    /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE

2