1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PACIFIC MARINE CENTER, INC.,              No.  1:13-cv-00992-DAD-SKO

12              Plaintiff,

13        v.                                   ORDER DIRECTING CLERK TO AMEND
                                               JUDGMENT
14   PHILADELPHIA INDEMNITY
     INSURANCE COMPANY,                        (Doc. No. 199)
15
              Defendant.
16

17        The court entered judgment in this matter on March 31, 2017.  (Doc. No. 199.)

18   Subsequently, on December 21, 2017, the court granted plaintiff's motion to re-tax costs in part,

19   ultimately awarding defendant $24,870.71 in costs as appropriately taxed.  (Doc. No. 225.)  On

20   January 17, 2018, defendant filed a proposed order amending the judgment to include the costs

21   awarded in that motion as part of the judgment.  (Doc. No. 226.)  According to 28 U.S.C. § 1920,

22   where a bill of costs has been allowed in a case, it shall be "included in the judgment or decree."

23   Therefore, good cause appearing, the Clerk of the Court is directed to amend the judgment

24   entered March 31, 2017 (Doc. No. 199) to include the amount of $24,870.71 in costs taxed and

25   payable to defendant.

26   IT IS SO ORDERED.

27        Dated:   __January 26, 2018__          _____

28                                               UNITED STATES DISTRICT JUDGE

                                               1