UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE CENTER, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCECOMPANY,<br><br>Defendant. | Case No. 1:13−CV−00992−DAD−SKO<br><br>AMENDED JUDGMENT IN A CIVIL CASE |

    This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, that judgment is hereby entered in accordance with the court's orders filed on March 31, 2017, and December 21, 2017.  Plaintiff is directed to pay defendant $24,870.71 in costs.

    Dated:  January 29, 2018

                                MARIANNE MATHERLY, CLERK OF THE COURT

                                By: */s/ Reneé Gaumnitz*
                                     Reneé Gaumnitz, Deputy Clerk